# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: David John Wengert  
          Debtor(s)

BKY. NO. 14-03313 MDF

CHAPTER 13

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of M&T BANK, as Servicer, and index same on the master mailing list.

Re: Loan # Ending In: 3207

                            Respectfully submitted,

                            **/s/ Thomas Puleo**  
                            Thomas Puleo, Esquire  
                            James C. Warmbrodt, Esquire  
                            KML Law Group, P.C.  
                            701 Market Street, Suite 5000  
                            Philadelphia, PA 19106-1532  
                            (215) 825-6306  FAX (215) 825-6406  
                            Attorney for Movant/Applicant