Brent C. Diefenderfer, Attorney
bdiefenderfer@cgalaw.com
Ext. 127

November 9, 2017

Terrence S. Miller
Clerk of the Bankruptcy Court
United States Bankruptcy Court
Ronald Reagan Federal Building
228 Walnut Street, Room 320
Harrisburg, PA 17101

Re: **David J. Wengert**
**Case No. 1:14-03313**

Dear Mr. Miller:

Please provide a certified copy of the Order entered on November 8, 2017 at docket #57 in the above-captioned case.

Thank you.

Sincerely,

/s/ Brent C. Diefenderfer

Brent C. Diefenderfer

BCD/klb

{01383527/1}