```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
```

In re:                                                              Case No. 14-03313-HWV
David John Wengert                                                  Chapter 13
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1            User: REshelman              Page 1 of 1             Date Rcvd: Nov 08, 2017
                                Form ID: pdf010              Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 10, 2017.
db              +David John Wengert,    2912 Brush Valley Road,    Glen Rock, PA 17327-7642

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
4568933        ##+DEBORAH ANN WENGERT,    1227 Sedge Court,   Pasadena, MD 21122-6376
                                                                                   TOTALS: 0, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 10, 2017                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 8, 2017 at the address(es) listed below:
              Brent Diefenderfer    on behalf of Debtor 1 David John Wengert bdiefenderfer@cgalaw.com,
               tlocondro@cgalaw.com;scomegna@cgalaw.com;hlocke@cgalaw.com;rminello@cgalaw.com;kwengert@cgalaw.co
               m;kbrayboy@cgalaw.com;r48835@notify.bestcase.com
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              James Warmbrodt    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
              John F Goryl    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
              Joshua I Goldman    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Thomas I Puleo    on behalf of Creditor    M&T BANK tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 7

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| | : | |
| | : | Chapter 13 |
| David John Wengert | : | |
| 2912 Brush Valley Road | : | |
| Glen Rock, PA 17327 | : | |
|     Debtor | : | Case No. 1:14-bk-03313-RNO |
| | : | |
| v. | : | |
| | : | Lien Avoidance |
| | : | |
| Deborah Ann Wengert | : | 11 U.S.C. § 522(f) |
| 1227 Sedge Court | : | |
| Pasadena, MD 21122 | : | |
|     Respondent | : | |
| | : | |
| Charles J. DeHart, III | : | |
|     Chapter 13 Trustee | : | |

### ORDER AVOIDING JUDICIAL LIEN ON REAL PROPERTY

Upon consideration of Debtor's Motion to Avoid Judicial Lien (the "Motion"), and it appearing that Debtor has completed his Chapter 13 Plan, it is hereby

**ORDERED** that the Motion is **GRANTED** and the judgment lien held by Respondent, Deborah Ann Wengert, to Docket No. 2014-NO-004385-32 in the Court of Common Pleas of York County, Pennsylvania, is hereby **AVOIDED** and no longer constitutes a lien against the Debtor's real property located at 2912 Brush Valley Road, Glen Rock, Pennsylvania 17327; and it is further

**ORDERED** that upon the payment of all appropriate fees, the Prothonotary in and for York County, Pennsylvania, is directed to mark said judicial lien satisfied.

By the Court,

*Henry W. Van Eck*

Henry W. Van Eck, Bankruptcy Judge (LS)

Dated: November 8, 2017